UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUFFREN ANTOINE,

          Petitioner,          Case No. 1:15-cv-848

v.                                 Honorable Paul L. Maloney

KYLE FORCE,

          Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to appoint counsel is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:  November 4, 2015              /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge